**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**MARQUITA TENNER and ADAM SWOPES,**
**individually and on behalf of all others similarly situated** **PLAINTIFFS**

**v.** **Case No. 2:25CV-23-BSM**

**PHILLIPS COUNTY, ARKANSAS** **DEFENDANT**

**MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE TO COLLECTIVE MEMBERS**

Plaintiffs Marquita Tenner and Adam Swopes, individually and on behalf of all others similarly situated (Plaintiffs), and pursuant to 28 U.S.C. § 216(b), hereby file this Joint Motion indicating their agreement to conditional certification of a collective action and the distribution of notice and disclosure of contact information for a collective of individuals regarding Plaintiffs' claims under the Fair Labor Standards Act (FLSA) and Arkansas Minimum Wage Act (AMWA). In support of their Motion, the Parties state as follows:

1. Plaintiffs filed their Complaint in the Circuit Court of Phillips County on October 18, 2024. (ECF No. 2). On January 30, 2025, Plaintiffs filed an Amended Complaint to add claims under the FLSA, after which Defendant timely removed the case to this Court. ECF No. 9. In the Amended Complaint, Plaintiffs seek to represent themselves and all persons employed by Defendant as non-exempt employees in the three years preceding the filing of this action until the present. *See id.*

**2.** The Parties have conferred regarding the Amended Complaint and the collective action allegations therein. The Parties have agreed to stipulate to conditional certification of the following collective:

> **All current and former non-exempt employees of Phillips County, Arkansas, employed from October 18, 2021 through the present.**

3. The Parties have conferred regarding the composition of the proposed collective and stipulate that the members of the proposed collective are similarly situated for the purposes of conditional certification of this collective action.

4. The FLSA's collective action device allows one or more employees to bring an action for overtime compensation on "behalf of himself or themselves and other employees similarly situated." 29 U.S.C. § 216(b). *See Mooney v. Aramco Services Co.*, 54 F.3d 1207, 1213-14 (5th Cir. 1995). The Supreme Court has expressly held that courts may implement the collective action procedure by facilitating the issuance of notice to potential class members. *Hoffmann-LaRoche Inc. v. Sperling*, 493 U.S. 165 (1989). Court-authorized notice protects against misleading communications by the parties, resolves the parties' disputes regarding the content of any notice, prevents the proliferation of multiple individual lawsuits, assures that joinder of additional parties is accomplished properly and efficiently, and expedites resolution of the dispute. *Id.* at 170-72.

5. By stipulating to conditional certification of the collective, Defendant does not admit that it has in any way violated the FLSA or any other law and does not waive its right to contest this case on the merits or to argue later that the collective should be decertified.

6. The Parties have attached for Court approval their proposed Notice of Collective Action Lawsuit ("Notice") as Exhibit 1.

7. Within fourteen (14) days of the Court's Order granting this Joint Motion and approving the attached Notice and Consent to Join, Defendant shall deliver to Plaintiff's counsel an electronic database that contains the names, last known mailing addresses, and personal email addresses (if available), of all potential collective members (the "Collective List").

8. Within seven (7) days of Defendant providing the Collective List, Plaintiff's

counsel shall mail the Notice to the members of the collective and email (if an email address is available) to the persons on the Collective List and publish notice in a newspaper of record in Phillip County, Arkansas.

9. All persons who wish to join this lawsuit must either file a Consent to Join with the Court or provide a Consent to Join to Plaintiff's Counsel within one hundred twenty (120) days of the date that the Notice is first mailed and/or emailed by Plaintiff's counsel.

10. Defendant joins in the relief requested herein.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Motion in its entirety; approve the form of the agreed Notice attached as Exhibit 1; and approve the distribution of the attached documents as described herein.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C.**
Luther Sutter (Ark. Bar No. 95031)
Lucien R. Gillham (Ark Bar No. 99199)
310 Natural Resources, Ste. 2
Little Rock, AR 72207
Phone: (501) 315-1910 / Fax: (501) 315-1916
E-mail: luther.sutterlaw@gmail.com
E-mail: Lucien.gillham@gmail.com
E-mail: sallen@sglaws.com

**ATTORNEYS FOR PLAINITFFS**