# PROPOSED NOTICE OF COLLECTIVE ACTION LAWSUIT

Authorized by the United States District Court for the Eastern District of Arkansas, Delta Division.

THIS IS NOT A LAWSUIT AGAINST YOU. YOU HAVE NOT BEEN SUED. YOUR LEGAL RIGHTS MAY BE AFFECTED BY THIS LAWSUIT.

TO: All current and former non-exempt employees of Phillips County, Arkansas employed at any time within the past three (3) years.

RE: Your right to join a lawsuit against Phillips County, Arkansas, for allegedly seeking unpaid wages and overtime under the Fair Labor Standards Act (FLSA) and the Arkansas Minimum Wage Act (AMWA). Phillips County, Arkansas denies that unpaid unpaid wages and overtime under the Fair Labor Standards Act (FLSA) and the Arkansas Minimum Wage Act (AMWA) are due.

---

## 1. WHY YOU RECEIVED THIS NOTICE

This Notice is to inform you of a collective action lawsuit that has been filed against Phillips County, Arkansas, seeking to recover allegedly unpaid wages, overtime pay, and compensatory time under the Fair Labor Standards Act (FLSA) and the Arkansas Minimum Wage Act (AMWA). The Court has allowed this case to proceed as a collective action, meaning that other current and former employees may join this lawsuit if they fall within the collective action definition set by the Court. Phillips County denies these allegations and asserts that it has complied with all applicable wage laws.

The Court has not made any final determination in this case.

This Notice has been authorized by the Court. The Court does not express any opinion regarding the merits of the lawsuit.

---

## 2. DESCRIPTION OF THE LAWSUIT

The lawsuit, filed by Marquita Tenner and Adam Swopes, alleges that Phillips County, Arkansas failed to:

- Properly compensate non-exempt employees for all hours worked;
- Pay overtime wages to non-exempt employees for work performed over 40 hours per week;

- Calculate compensatory time correctly and allow its reasonable use;

## 3. WHO CAN JOIN THE LAWSUIT?

You may join this lawsuit if:

- You were employed by Phillips County, Arkansas, as a non-exempt employee of Phillips County, Arkansas, employed from October 18, 2021 through the present;; and
- You believe you were not properly compensated for all hours worked, including overtime pay and/or compensatory time.

If you fit this description, you have the right to participate in this case.

## 4. HOW TO JOIN THIS LAWSUIT

To join, you must complete and return the Consent to Join Lawsuit Form attached to this Notice. You may return it by:

**Email:** Sutterflsalaw@gmail.com
**Mail:** 310 Natural Resources Dr, Suite 2, Little Rock, AR 72205
**Fax:** (501) 315-1916

Your signed form must be received by _________.(120 days of date Conditional Certification is granted and Collective Notice is approved for you to join this lawsuit).

## 5. EFFECT OF JOINING OR NOT JOINING THE CASE

- **If you join**: You will be part of the lawsuit, and if there is a settlement or judgment, you may be entitled to compensation. However, you will also be bound by any Court ruling. Joining this lawsuit costs you nothing—attorneys' fees are approved by the Court and paid by the Defendant, not by you.
- **If you do not join**: You will not be affected by this lawsuit and will retain the right to file your own claim. If there is a settlement or judgment in this lawsuit, you will not receive compensation related to that settlement or judgment.

It is illegal for Phillips County to retaliate against you for joining this case.

## 6. ATTORNEYS REPRESENTING THE PLAINTIFFS

The named Plaintiffs and all opt-in Plaintiffs are represented by:

**SUTTER & GILLHAM, P.L.L.C.**
310 Natural Resources Dr, Suite 2
Little Rock, AR 72205
(501) 315-1910 Office
(501) 315-1916 Facsimile
Sutterflsalaw@gmail.com

If you have questions, contact the attorneys listed above.

---

## 7. PROPOSED CONSENT TO JOIN LAWSUIT FORM

***Tenner, et al. v. Phillips County, Arkansas***
**United States District Court, Eastern District of Arkansas**
Case No. 2:25-cv-00023-BSM

I hereby consent to join the above-stated collective action lawsuit as an opt-in Plaintiff seeking unpaid wages and overtime compensation under the Fair Labor Standards Act and the Arkansas Minimum Wage Act.

✓ I authorize Sutter & Gillham, P.L.L.C. to represent me in this case.

✓ I understand Sutter & Gillham, P.L.L.C.'s fees will be approved by the Court and paid by the Defendants

✓ I understand I may contact & Gillham, P.L.L.C. with any questions free of charge to me.

✓ I understand that by joining this lawsuit, I will be bound by the outcome.

✓ I declare under penalty of perjury that I was employed by Phillips County, Arkansas as a non-exempt employee in the last three years and that I was not properly paid for all hours worked.

**Signature:** ____________________________

**Printed Name:** ________________________

**Address:** _____________________________

**City, State, Zip:** _______________________

**Phone:** ______________________________

**Email:** ______________________________

**Dates of Employment (Approximate):** ________________