**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**MARQUITA TENNER and ADAM SWOPES**                                              **PLAINTIFFS**
**individually and on behalf of all others similarly situated**

**v.**                                                    **CASE NO. 2:25-CV-00023-BSM**

**PHILLIPS COUNTY, ARKANSAS**                                                **DEFENDANT**

## ORDER

Plaintiffs' unopposed motion for conditional certification and approval of notice to all potential class members [Doc. No. 23] is granted.  It is noted, however, that Phillips County reserves the right to move for decertification of this class at a later stage.  *See Croft v. Protomotive, Inc.*, No. 3:12–CV–03102, 2013 WL 1976115, at *1 (W.D. Ark. May 13, 2013) (defendants may move for decertification of conditional class when discovery is largely complete).  Accordingly, this action is conditionally certified as a collective action under 29 U.S.C. section 216(b) of the Fair Labor Standards Act.  The opt-in class will consist of "all current and former non-exempt employees of Phillips County, Arkansas, employed from October 18, 2021 through the present."  Plaintiffs' proposed notice and consent form is adopted, subject to the revisions requested by Phillips County in its response.  *See* Doc. No. 24.  Plaintiffs are directed to file all returned forms, properly scanned and with the original signature of the opt-in plaintiffs, at the end of the notice period.

IT IS SO ORDERED this 17th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE